```
JAMES J. REAM, ESQ.
Nevada Bar #3573
LAW OFFICES OF JAMES J. REAM
106 S. Jones Boulevard
Las Vegas, Nevada 89107
E-mail:  Jim@reamlaw.net
Telephone: (702) 631-0031
Facsimile: (702) 631-5480
```
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| | |
|---|---|
| HELEN R. ZAMBA, an individual, | CASE NO.: 2:25-cv-00164-RFB-EJY |
| Plaintiff, | |
| v. | **RENEWED STIPULATION AND ORDER TO REMAND CASE** |
| GEICO CASUALTY COMPANY; and GOVERNMENT EMPLOYEES INSURANCE COMPANY; and DOES I through X inclusive, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff, HELEN R. ZAMBA, by and through her attorney, James J. Ream, Esq., of the Law Offices of James J. Ream, and Defendants, GEICO CASUALTY COMPANY and GEICO, by and through their attorney, Jonathan Carlson, Esq., of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, as follows:

The parties agree that at the time the Petition for Removal was filed in this action the Federal Court lacked diversity jurisdiction as the amount in controversy did not meet the jurisdictional threshold. The parties stipulate and agree to remand this case to the Eighth Judicial District Court for all future purposes, with prejudice.

…

…

…

…

1

*Zamba v. GEICO*
2:25-cv-00164-RFB-EJY

| | |
|---|---|
| Dated: May 19, 2025. | Dated: May 19, 2025. |
| /s/James J. Ream | /s/Jonathan W. Carlson |
| James Ream, Esq. (NV Bar 3573) | Jonathan W. Carlson, Esq. (NV Bar. 10536) |
| LAW OFFICE OF JAMES J. REAM | Cheryl A. Grames, Esq. (NV Bar. 12752) |
| 106 S. JONES | Mandy Vogel, Esq. (NV Bar. 16150) |
| Las Vegas, Nevada 89107 | McCormick, Barstow, Sheppard, Wayte & Carruth LLP |
| *Attorney for Plaintiff* | 8337 W. Sunset Road, Suite 350 |
| | Las Vegas, NV 89113 |
| | *Attorneys for Defendants* |

## ORDER

**IT IS SO ORDERED.** This matter is remanded to the Eighth Judicial District Court, Clark County, Nevada. The Clerk of Court is instructed to close this case.

**DATED** this 19th day of May, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2025, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **STIPULATION AND ORDER TO REMAND CASE** addressed to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

*/s/Shelley Singson*
An Employee of James J. Ream